# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

**MARK STEVEN HOWELL**,

    Plaintiff,

v.

**DUIT TRUCKING, LLC AND PIONEER TRANSPORT, INC.**,

    Defendants.

Case No. CJ- 2020-4071

## SUMMONS

To the above-named Defendants:

Duit Trucking, LLC
c/o James Duit
6250 Industrial Boulevard North
Edmond, OK 73034

You have been sued by the above-named Plaintiff and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

ISSUED this **28** day of **August**, 2020.

Attorney for Plaintiff:
D. Colby Addison, OBA #32718
Leah M. Roper, OBA #32107
THE CENTER FOR EMPLOYMENT LAW
1133 N. Portland Ave.
Oklahoma City, OK 73107
Telephone: 405.252.1180
colby@centerforemploymentlaw.com
leah@centerforemploymentlaw.com

COURT CLERK (seal)

**RICK WARREN, Court Clerk**

_____
Deputy Court Clerk

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

**EXHIBIT 2**

The Center for Employment Law
1133 N Portland Ave
Oklahoma City OK 73107



7018 1830 0000 7022 2256



$7.05
US POSTAGE
FIRST-CLASS
FROM 73107
09/03/2020
stamps
endicia



Duit Trucking, LLC
c/o James Duit
6250 Industrial Boulevard
Edmond OK 73034-9495



## CT Corporation

**Service of Process Transmittal**
09/04/2020
CT Log Number 538203448

**TO:** Jeffrey Taylor
Duit Management, LLC
6250 Industrial Blvd
Edmond, OK 73034-9495

**RE:** **Process Served in Oklahoma**

**FOR:** Pioneer Transport, Inc. (Domestic State: OK)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARK HOWELL, PLTF. vs. DUIT HOLDINGS, INC. AND PIONEER TRANSPORT, INC., DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # CJ20204071 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Oklahoma City, OK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/04/2020 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Oklahoma |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780115801949 |
| **SIGNED:**<br>**ADDRESS:** | The Corporation Company<br>208 LaSalle Ave<br>Suite 814<br>Chicago, IL 60604 |
| **For Questions:** | 866-539-8692<br>CorporationTeam@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

The Center for Employment Law
1133 N Portland Ave
Oklahoma City OK 73107



CERTIFIED MAIL

7018 1830 0000 7022 2249



$7.05
US POSTAGE
FIRST-CLASS
FROM 73107
09/03/2020
stamps
endicia



Pioneer Transport, Inc.
c/o The Corporation Company
1833 South Morgan Road
Oklahoma City OK 73128-7004

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

MARK STEVEN HOWELL,

    Plaintiff,

v.

DUIT TRUCKING, LLC AND
PIONEER TRANSPORT, INC.,

    Defendant.

Case No. CJ-2010- **CJ-2020-4071**

## SUMMONS

To the above-named Defendant:
Pioneer Transport, Inc.
c/o The Corporation Company
1833 South Morgan Road
Oklahoma City, OK 73128

You have been sued by the above-named Plaintiff and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

ISSUED this **28** day of **August**, 2020.   **RICK WARREN, Court Clerk**

COURT CLERK (seal)

Attorney for Plaintiff:
D. Colby Addison, OBA #32718
Leah M. Roper, OBA #32107
THE CENTER FOR EMPLOYMENT LAW
1133 N. Portland Ave.
Oklahoma City, OK 73107
Telephone: 405.252.1180
colby@centerforemploymentlaw.com
leah@centerforemploymentlaw.com

_____
Deputy Court Clerk

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**