# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARK STEVEN HOWELL**, <br><br> Plaintiff, <br><br> v. <br><br> **PIONEER TRANSPORT, INC.**, <br><br> Defendant. | **Case No. CIV-20-960-PRW** |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Mark Steven Howell.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

**Respectfully submitted September 24, 2020.**

*s/Leah M. Roper*
Leah M. Roper, OBA #32107
THE CENTER FOR EMPLOYMENT LAW
1133 N. Portland Ave.
Oklahoma City, OK 73107
Telephone: 405.252.1180
Leah@CenterforEmploymentLaw.com
ATTORNEY FOR PLAINTIFF

*Certificate of Service*

I hereby certify that on September 24, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronical Filing to the following ECF registrants:

Nathan L. Whatley
Elizabeth Bowersox
MCAFEE & TAFT
Tenth Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102
Phone:    405.235.9621
Fax:      405.235.0439
Email:    nathan.whatley@mcafeetaft.com
Email:    elizabeth.bowersox@mcafeetaft.com
ATTORNEYS FOR DEFENDANT

*s/ Leah M. Roper*