# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARK STEVEN HOWELL**, <br><br> Plaintiff, <br><br> v. <br><br> **PIONEER TRANSPORT, INC.**, <br><br> Defendant. | **Case No. CIV-20-960-PRW** |

## NOTICE OF JURY DEMAND

**COMES NOW THE PLAINTIFF** and, Pursuant to Rule 38 of the Federal Rules of Civil Procedure, notifies Defendant and this Court of Plaintiff's demand for a jury trial of the above-captioned action on all issues triable by jury.

**Respectfully submitted September 24, 2020.**

*s/Leah M. Roper*
Leah M. Roper, OBA #32107
D. Colby Addison, OBA #32718
THE CENTER FOR EMPLOYMENT LAW
1133 N. Portland Ave.
Oklahoma City, OK 73107
Telephone: 405.252.1180
Leah@CenterforEmploymentLaw.com
Colby@CenterforEmploymentLaw.com
ATTORNEYS FOR PLAINTIFF

*Certificate of Service*

I hereby certify that on September 24, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronical Filing to the following ECF registrants:

Nathan L. Whatley
Elizabeth Bowersox
MCAFEE & TAFT
Tenth Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102
Phone:     405.235.9621
Fax:       405.235.0439
Email:     nathan.whatley@mcafeetaft.com
Email:     elizabeth.bowersox@mcafeetaft.com
ATTORNEYS FOR DEFENDANT

*s/Leah M. Roper*