# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. MARK HOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-960-PRW |
| | ) | |
| 1. DUIT HOLDINGS, INC., and | ) | |
| 2. PIONEER TRANSPORT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Pioneer Transport, Inc. ("Defendant"), states that it's parent corporation is Duit Holdings, Inc. No publicly held corporation own 10% or more of Pioneer Transport's stock.

Dated this 24th day of September, 2020.

Respectfully submitted,

*s/ Nathan L. Whatley*
Nathan L. Whatley, OBA #14601
MCAFEE & TAFT
A PROFESSIONAL CORPORATION
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
nathan.whatley@mcafeetaft.com

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 24th, 2020 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

  D. Colby Addison, OBA #32718
  Leah M. Roper, OBA #32107
  The Center for Employment Law
  1133 N. Portland Ave.
  Oklahoma City, OK 73107
  Telephone: (405) 252-1180
  colby@centerforemploymentlaw.com
  leah@centerforemploymentlaw.com

  **ATTORNEYS FOR PLAINTIFF**


                */s/ Nathan L. Whatley*
                Nathan L. Whatley