In the United States District Court
for the Western District of Oklahoma

| | |
|---|---|
| Mark Howell,<br><br>     Plaintiff,<br><br>v.<br><br>Duit Holdings, Inc., and<br><br>Pioneer Transport, Inc.,<br><br>     Defendants. | Case no.: CIV-20-960-PRW |

**Entry of Appearance**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this action for the Defendants, Duit Holdings, Inc. and Pioneer Transport, Inc.

I certify that I am entitled to practice in this Court and I am registered in this Court's Electronic Filing System.

Dated 28 September 2020.

Respectfully submitted,

_____
Jeffrey Taylor – OBA # 22314
General Counsel
*Duit Holdings, Inc. and Pioneer Transport, Inc.*
P.O. Box 3788
Edmond, Oklahoma 73083
Tel:     (405) 340-6026 x 165
Email:   jtaylor@duitconstruction.com
***Attorney for Defendants***

## Certificate of Service

I hereby certify that on September 24th, 2020 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

D. Colby Addison
Leah M. Roper
The Center for Employment Law
1133 N. Portland Ave.
Oklahoma City, OK 73107
Telephone: (405) 252-1180
colby@centerforemploymentlaw.com
leah@centerforemploymentlaw.com
Attorneys for Plaintiff

Nathan Whatley
McAfee & Taft - A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
nathan.whatley@mcafeetaft.com
Attorney for Defendants

_____
Jeffrey Taylor